[No. 270-3.    Division Three.    July 14, 1971.]

DELORES M. WELCH, *Respondent,* v. FRANCIS E. WELCH, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 192608, John J. Lally, J., entered September 26, 1969. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 308-41667-3.    Division Three.    July 19, 1971.]

WENATCHEE FEDERAL SAVINGS AND LOAN ASSOCIATION, *Respondent,* v. ELROY A. SUNDBERG *et al., Appellants.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 17114, W. R. Cole, J., entered October 14, 1969. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 256-41407-3.    Division Three.    July 20, 1971.]

THOMAS KEEN, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES *et al., Respondents.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 54077, Albert N. Bradford, J., entered May 25, 1967. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 489-1.    Division One—Panel 2.    June 14, 1971.]

THE STATE OF WASHINGTON, *Respondent,* v. LONEY LOUIS JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 52571, Story Birdseye, J., entered March 25, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.